# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS

No. 6:25-cv-00218

**Martin Roman Torres,**

*Petitioner,*

v.

**Director, TDCJ-CID,**

*Respondent.*

# ORDER

Petitioner, proceeding pro se and in forma pauperis, filed this habeas action under 28 U.S.C. § 2254, challenging his conviction for possession of a controlled substance. Doc. 1. The case was referred to a magistrate judge. Due to the general illegibility of the petition, the magistrate judge was unable to determine whether petitioner had alleged exhaustion of state court remedies. Doc. 5. As such, the magistrate judge ordered petitioner to file a "Notice of Exhaustion" and gave petitioner specific instructions for doing so. *Id.* Petitioner acknowledged receipt (Doc. 8) but failed to comply with the terms of that order. As such, the magistrate judge issued a report recommending that petitioner's case be dismissed without prejudice for failure to comply with the order and petitioner's general failure to prosecute his case. Doc. 7 at 2. Petitioner received the report but did not file written objections. Doc. 9.

When there have been no timely objections to a report, or the objections are improper, "the court need only satisfy itself that there is no clear error on the face of the record." Fed. R. Civ. P. 72(b), advisory committee's notes to 1983 amendment. Having reviewed the record and being satisfied that there is no clear error, the court accepts the report's findings and recommendations. This case is dismissed without prejudice. Any pending motions are denied as moot.

*So ordered by the court on September 26, 2025.*

J. CAMPBELL BARKER
United States District Judge